UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
DAVID J. CALIXTO,                           )
                                            )
                    Plaintiff,              )   Case No. C13-1153RSL
          v.                                )
                                            )   ORDER TO SHOW CAUSE
JPMORGAN CHASE BANK NATIONAL                )
ASSOCIATION, et al.,                        )
                                            )
                    Defendants.             )
_____)

On July 31, 2013, the Court issued an order requiring the parties to file a Joint Status Report by September 11, 2013. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, October 4, 2013, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of July 31, 2013. The Clerk is directed to place this Order to Show Cause on the Court's calendar for October 4, 2013.

Dated this 19th day of September, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE