UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID J. CALIXTO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JPMORGAN CHASE BANK NATIONAL ) <br> ASSOCIATION; NORTHWEST TRUSTEE ) <br> SERVICES, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | No.  2:13-cv-01153-RSL <br><br> **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** <br><br> NOTE ON MOTION CALENDAR: <br> March 24, 2014 |

## STIPULATION

Plaintiff David J. Calixto, and Defendant Northwest Trustee Services, Inc. ("NWTS"), through their responsive counsel of record, stipulate and agree as follows:

1. Plaintiff and NWTS entered into a stipulation on July 22, 2013 and the Order was entered on August 5, 2013.

2. In that stipulation Plaintiff agreed to voluntarily dismiss the action against NWTS with prejudice should the case be dismissed as to any other defendant(s).

3. On January 3, 2014 the Court granted Defendant JPMorgan Chase Bank, National Association's Motion to Dismiss.  The matter remains pending against NWTS only.

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC.
2:13-CV-01153-RSL
PAGE 1 OF 3

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

4.  Plaintiff agrees to Dismiss NWTS with prejudice.

DATED: this 18th day of March, 2014                    **DEARBONN LAW OFFICES PLLC**

By:  /s/ Ajibola O. Oladapo
     Ajibola O. Oladapo, WSBA #41461
     Attorney for Plaintiff

DATED: this 24th day of March, 2014                    **RCO LEGAL, P.S.**

By:  /s/ Lance E. Olsen
     Lance E. Olsen, WSBA #25130
     Of Attorneys for Defendant Northwest
     Trustee Services, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC.
2:13-CV-01153-RSL
PAGE 2 OF 3

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

**ORDER**

It is so ordered.

DATED: this 25th day of March, 2014

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

**DEARBONN LAW OFFICES PLLC**


By:  /s/ Ajibola O. Oladapo
     Ajibola O. Oladapo, WSBA #41461
     Attorney for Plaintiff


**RCO LEGAL, P.S.**


By:  /s/ Lance E. Olsen
     Lance E. Olsen, WSBA #25130
     Of Attorneys for Defendant Northwest
     Trustee Services, Inc.

STIPULATION AND ORDER OF DISMISSAL
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC.
2:13-CV-01153-RSL
PAGE 3 OF 3

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131